Judge   Marc Barreca
Chapter  7

# UNITED STATES BANKRUPTCY COURT

# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

DANETTE HOLST-GRUBE

Debtor.

No. 10-22300-MLB

**OBJECTION TO EXEMPTIONS**

EDMUND J. WOOD, the Chapter 7 trustee herein, hereby objects to exemption of the property described below as claimed by the debtor, for the reasons described:

### PROPERTY CLAIMED EXEMPT

| DESCRIPTION | STATUTE CITED | EXEMPTION CLAIMED | PETITION VALUE |
|---|---|---|---|
| Future Earnings Compensation | 11 USC § 522(11)(D) | $200,000.00 | $200,000.00 |
| Personal injury payments | 11 USC § 522(11)(D) | $43,250.00 | $43,250.00 |

### REASONS FOR OBJECTIONS

The Trustee objects to both debtors' claim of exemption for the personal injury claim of the joint debtor.  Personal injury proceeds from an injury claim are the separate property of the injured spouse, and neither the debtor nor the marital community has any rights to the proceeds. The Trustee therefore objects to any claim of exemption under § 522(d)(11)(D) in excess of $21,625 for the personal injury proceeds.

Dated this Jan 28, 2011

*/s/ Edmund J. Wood*
Edmund J. Wood, WSBA #03695
Chapter 7 Trustee

I CERTIFY under penalty of perjury that I caused a copy of the foregoing document to be delivered to the following by ABC/LMI Legal Messengers or by U.S. Postal service with the required postage:

U.S. Trustee                          by ECF notification to USTPRegion18.SE.ECF@usdoj.gov
U.S. Courthouse

OBJECTION TO EXEMPTIONS

**Wood & Jones, P.S.**
303 N. 67th Street
Seattle WA 98103
Page 1                                                                                                     (206) 623-4382

700 Stewart Street #5103
Seattle WA 98101-1271

JEFFERSON H COULTER, II
1741 1ST AVE STE 200
SEATTLE, WA 98134

DANETTE HOLST-GRUBE
1308 SOUTH 279 STREET
DES MOINES, WA 98198

ALONSO LOPEZ
1308 SOUTH 279 STREET
DES MOINES, WA 98198

Dated this Jan 28, 2011

/s/ Edmund J. Wood
Edmund J. Wood, WSBA #03695
Chapter 7 Trustee

Obj to PI claim Exemption

OBJECTION TO EXEMPTIONS

**Wood & Jones, P.S.**
303 N. 67th Street
Seattle WA 98103
(206) 623-4382

Page 2