The Honorable Marc L. Barreca
Chapter 7
Hearing Date: 03/18/2011
Hearing Time: 9:30am
Location: US Courthouse, Courtroom 7106
 700 Stewart Street, Seattle, WA
Response Date:03/11/2011

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| In re: | Case No. 10-22300-MLB |
|---|---|
| Danette Holst-Grube<br>Alonso Lopez<br><br>Debtors. | Chapter 7<br><br>**[PROPOSED]**<br>ORDER TERMINATING THE<br>AUTOMATIC STAY |

This matter came before the Court on the Motion for Relief from Automatic Stay filed by Aurora Loan Services, LLC. Based upon the record on file and the representations made to the court, IT IS HEREBY ORDERED:

1. This Order affects the real property located at 2701 C 123rd Street NE, Seattle, WA 98125 (the "Property").

2. The automatic stay is terminated as to Aurora Loan Services, LLC, its successors and/or assigns and loan servicing agents. This Order does not determine what, if any, rights the Aurora Loan Services, LLC, may have in the Property or the validity of any claimed security interests.

Order Terminating the Automatic Stay - 1
MH# WA-10-37729

**McCarthy & Holthus, LLP**
19735 10th Ave NE, Suite N200
Poulsbo, WA 98370
Phone (206) 319-9100

3. The 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

Dated: _____    _____
                                                                    The Honorable Marc L. Barreca
                                                                    United States Bankruptcy Court Judge

Submitted by:

McCarthy & Holthus, LLP

/s/ Angela M. Michael, Esq.
Angela M. Michael, Esq. WSBA 37727
Attorneys for Aurora Loan Services, LLC

Order Terminating the Automatic Stay - 2
MH# WA-10-37729

**McCarthy & Holthus, LLP**
19735 10th Ave NE, Suite N200
Poulsbo, WA 98370
Phone (206) 319-9100